

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

TWENTIETH CENTURY FOX FILM CORP.,
VIACOM INTERNATIONAL INC., COMEDY
PARTNERS, DISNEY ENTERPRISES, INC.,
PARAMOUNT PICTURES CORP., and WARNER
BROS. ENTERTAINMENT INC.,

                     Plaintiffs,

                  v.

LIMEWIRE LLC; LIME GROUP LLC, and MARK
GORTON,

                     Defendants.

-------------------------------------------------------- x

Index No. 12-CV-0818
ECF CASE

~~[PROPOSED]~~ ORDER

      Plaintiffs' pending motion for partial summary judgment is placed on the suspense docket until further notice by the Court.

Dated: New York, New York
       ~~February~~ March 7, 2013

SO ORDERED.

_____
Hon. Harold Baer, Jr.