UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION, VIACOM INTERNATIONAL INC., COMEDY PARTNERS, DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, and WARNER BROS. ENTERTAINMENT INC.<br>*Plaintiffs*,<br><br>v.<br><br>LIME WIRE LLC, LIME GROUP LLC, and MARK GORTON<br>*Defendants* | No. 12-CIV-0818<br><br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiffs Twentieth Century Fox Film Corporation, Viacom International Inc., Comedy Partners, Disney Enterprises, Inc., Paramount Pictures Corporation, and Warner Bros. Entertainment Inc., hereby submit this Notice of Dismissal with Prejudice against all Defendants pursuant to Federal Rule of Civil Procedure 41(a).

Respectfully submitted,

By: _____
Gianni P. Servodidio (Bar No. GS-0713)
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

and

Steven B. Fabrizio (Bar No. SF-8639)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6040
Facsimile: (202) 661-4823

*Attorneys for Plaintiffs*