UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/13
```

TWENTIETH CENTURY FOX
FILM CORPORATION, VIACOM
INTERNATIONAL INC.,
COMEDY PARTNERS, DISNEY
ENTERPRISES, INC.,
PARAMOUNT PICTURES
CORPORATION, and WARNER
BROS. ENTERTAINMENT INC.
   *Plaintiffs*,

v.

LIME WIRE LLC, LIME GROUP
LLC, and MARK GORTON
   *Defendants*

No. 12-CIV-0818

PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL
WITH PREJUDICE

Plaintiffs Twentieth Century Fox Film Corporation, Viacom International Inc., Comedy Partners, Disney Enterprises, Inc., Paramount Pictures Corporation, and Warner Bros. Entertainment Inc., hereby submit this Notice of Dismissal with Prejudice against all Defendants pursuant to Federal Rule of Civil Procedure 41(a).

Respectfully submitted,

By: _____
Gianni P. Servodidio (Bar No. GS-0713)
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

and

SO ORDERED:
_____
Harold Baer, Jr., U.S.D.J.
Date: 11/7/13

> Steven B. Fabrizio (Bar No. SF-8639)
> JENNER & BLOCK LLP
> 1099 New York Avenue, NW
> Suite 900
> Washington, DC 20001
> Telephone: (202) 639-6040
> Facsimile: (202) 661-4823
>
> *Attorneys for Plaintiffs*

2